FILED
2016 MAY 27 PM 12:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA, | CR No. CR 16 00363 |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| MARK WAYNE SALLING, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about December 26, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant MARK WAYNE SALLING ("SALLING") knowingly received onto an Apple MacBook Air, bearing serial number C02M3Y7WF5V7, at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant SALLING received included, but was not limited to, images entitled:

1. Photo.jpg; and
2. 05.3gp.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about December 29, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant MARK WAYNE SALLING ("SALLING") knowingly possessed a 16 gigabyte Memorex brand USB flash drive, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

///

///

The child pornography that defendant SALLING possessed included, but was not limited to, videos entitled:

1. (2)(2)(2).mpg; and
2. Pthc Pedoland Frifam 5Yo Old Best Cock Sucker In The World.mpg.

A TRUE BILL

/S/
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

DAVID M. HERZOG
Assistant United States Attorney
Deputy Chief, Violent and
Organized Crime Section